IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 05-51018
_____

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 27, 2006

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

AGUSTIN VALDEZ-RODRIGUEZ

Defendant - Appellant

----------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-1235)
----------------------

Before KING, WIENER, and DeMOSS, Circuit Judges.

PER CURIAM*:

IT IS ORDERED that appellee's unopposed motion to vacate

sentence is granted.

IT IS FURTHER ORDERED that appellee's unopposed motion

to remand case to the district court for resentencing is granted.

IT IS FURTHER ORDERED that appellee's unopposed alternative

_____

*Pursuant to 5th Cir. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5th Cir. R. 47.5.4.

motion to extend time to file appellee's brief until 14 days after denial of motion to vacate and remand is denied as moot.